IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-30417
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GLENN T. HAMPTON, II,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 98-CR-10024-ALL
--------------------
December 12, 2001
Before HIGGINBOTHAM, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

        Court-appointed counsel for Glenn T. Hampton, II, has moved
to withdraw and has filed a brief as required by <u>Anders v.
California</u>, 386 U.S. 738 (1967).  Hampton has received a copy of
counsel's motion, brief, and supplemental brief, but has not
filed a response.

        Our independent review of the briefs and the record
discloses no nonfrivolous issue for appeal.  Accordingly,
counsel's motion for leave to withdraw is GRANTED, counsel is
excused from further responsibilities herein, and the appeal is
DISMISSED.  5TH CIR. R. 42.2.

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.